IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

CORDELL SANDERS,

        Plaintiff,

v.

ANDREA MOSS, *et al.*,

        Defendants.

Case No. 16-cv-01366-JEH

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Cordell Sanders in Civil Action No. 16-cv-01366, appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered on September 30, 2020 (Dkt. 224), and from all rulings, proceedings, orders, findings, and decisions (whether oral or written) interlocutory thereto or underlying that judgment, including but not limited to, the district court's September 24, 2020 order granting the Motion for Sanctions of Defendants Jeffreys, Kennedy, Marano and Melvin (Dkt. 223), as well as the district court's October 29, 2020 order denying Plaintiff's motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e) (text order re: Dkt. 226).

Dated: November 23, 2020

Respectfully submitted,

CORDELL SANDERS

By: */s/ Kevin R. Oliver*
    One of His Attorneys
    Counsel of Record

Kevin R. Oliver
Kathleen L. Carlson
Rachel L. Hampton
Leslie Kuhn-Thayer
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
(312) 853-7000 (phone)
(312) 853-7136 (fax)
kevin.oliver@sidley.com
kathleen.carlson@sidley.com
rhampton@sidley.com
lkuhntha@sidley.com

-and-

Maggie E. Filler
Roderick and Solange MacArthur Justice Center
160 East Grand Avenue, 6th Floor
Chicago, IL 60611
(312) 503-0899 (phone)
maggie.filler@macarthurjustice.org

*Attorneys for Plaintiff Cordell Sanders*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on November 23, 2020, the foregoing document was electronically filed using the Court's CM/ECF system, which sent a Notice of Electronic Filing to all counsel of record.

*s/ Kevin R. Oliver*